

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-20-2005

# USA v. Naranjo

Precedential or Non-Precedential: Precedential

Docket No. 03-4759

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Naranjo" (2005). *2005 Decisions.* Paper 291.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/291

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No.: 03-4759

_____

UNITED STATES OF AMERICA

v.

ADOLFO NARANJO,

Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Crim. No. 03-CR-00253-1)
District Judge: Hon. James T. Giles

_____

BEFORE:    ALITO, McKEE and SMITH, Circuit Judges.

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED**, that the Slip Opinion filed in this case on

September 23, 2005, be amended as follows:

On page 8, at footnote 5, after "Agent Rodgers explained
that" and before "Naranjo" insert "he did not actually see".
Additionally, in that same sentence, replace "signed" with
"sign".

**IT IS SO ORDERED.**

BY THE COURT:


/s/   Theordore A. McKee
Circuit Judge


Dated:     October 20, 2005